UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONSIGLI & ASSOCIATES, LLC,
                              Plaintiff,        20 Civ. 7712 (LGS)

          -against-                        ORDER

MAPLEWOOD SENIOR LIVING, LLC,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that the telephonic pre-motion conference scheduled for February 25, 2021, at 10:50 a.m., is **adjourned to 11:05 a.m.**  The conference will be held on the following conference line:  (888) 363-4749, access code: 558-3333.  The timing of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: February 23, 2021
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE