UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONSIGLI & ASSOCIATES, LLC,  :
                              Plaintiff,  :      20 Civ. 7712 (LGS)
                                          :
           -against-                       :             <u>ORDER</u>
                                            :
MAPLEWOOD SENIOR LIVING, LLC,  :
                                            :
                            Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties were directed to meet and confer on a potential stipulation and voluntary dismissal of the extra-contractual claims, Counts V and VI of the First Amended Complaint, and to file a status letter on the outcome of the parties' discussions (Dkt. No. 33);

      WHEREAS, the parties requested an extension to file a stipulation by March 9, 2021, which was granted (Dkt. No. 39). No letter or stipulation was filed. It is hereby

      **ORDERED** that the parties shall file a status letter or the stipulation as soon as possible, and in any event, no later than **March 11, 2021**. The parties are advised that compliance with Court-ordered deadlines is not optional.

Dated: March 10, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE