```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CONSIGLI & ASSOCIATES, LLC,                                   :
                                    Plaintiff,                :
                                                              :   20 Civ. 7712 (LGS)
           -against-                                          :
                                                              :   ORDER
                                                              :
MAPLEWOOD SENIOR LIVING, LLC,                                 :
                                    Defendant.                :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the April 5, 2021, Order at Docket No. 47, Plaintiff's memorandum of law in opposition to Defendant's motion to dismiss shall not exceed fifteen pages.

WHEREAS, on May 24, 2021, Plaintiff filed a memorandum of law in opposition to Defendant's motion to dismiss that consists of twenty-two pages, excluding the cover page, table of contents and table of authorities. Dkt. No. 58. It is hereby

**ORDERED** that by **May 27, 2021**, Plaintiff may file a memorandum of law complying with the April 5, 2021, Order, consisting of no more than fifteen pages. If Plaintiff does not file a compliant memorandum of law, the Court will consider only the first fifteen pages of Plaintiff's current memorandum of law, and may deem anything not substantively addressed in those pages as unopposed.

Dated: May 25, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE