UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CONSIGLI & ASSOCIATES, LLC,                                  :
                                        Plaintiff,           :
                                                             :    20 Civ. 7712 (LGS)
            -against-                                        :
                                                             :    ORDER
MAPLEWOOD SENIOR LIVING, LLC,                                :
                                        Defendant.           :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Third Amended Case Management Plan, (Dkt. No. 89), required the parties to file a status letter as outlined in Individual Rule IV.A.2 and including an update on the status of each deposition by October 4, 2021;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the joint status letter by **October 7, 2021**.

Dated: October 5, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE