```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CONSIGLI & ASSOCIATES, LLC,                                 :
                              Plaintiff,                    :
                                                            :         20 Civ. 7712 (LGS)
                    -against-                               :
                                                            :         ORDER
MAPLEWOOD SENIOR LIVING, LLC,                               :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 8, 2023, an Opinion and Order was entered granting in part and denying in part the parties' cross-motions for partial summary judgment. It is hereby

**ORDERED** that, by **February 23, 2023**, the parties shall meet and confer and file a joint letter stating their positions on whether they wish to conduct further settlement discussions now that the issues in dispute have been narrowed and, if settlement discussions are unsuccessful, how the parties wish to proceed to resolve the outstanding factual issues and remaining claims.

Dated: February 9, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE