UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

T.G. NICKEL & ASSOCIATES, LLC n/k/a
CONSIGLI & ASSOCIATES, LLC,

       Plaintiff,

-against-

MAPLEWOOD SENIOR LIVING, LLC,

       Defendant.

Case No. 20-cv-7712 (JSR)

[PROPOSED] ORDER

---

JED S. RAKOFF, U.S.D.J.:

  On July 30, 2024, the parties in the above-captioned matter submitted a joint letter informing the Court that the parties had reached a settlement in principle to resolve all outstanding claims in this matter. Accordingly, the Court dismissed the case with prejudice, with leave to any party to move within 30 days to reopen the case and proceed to trial if the settlement was not fully effectuated. Dkt. No. 302.

  On August 28, 2024, the parties submitted a joint letter informing the Court that a written settlement agreement had been finalized, partially executed and that full and final approval and execution was imminent. The parties therefore requested 7 additional days, until September 5, 2024, to move to reopen the case and proceed to trial, if necessary. That request is granted.

  SO ORDERED.

New York, NY
August 28, 2024

              _Jed S. Rakoff_
              JED S. RAKOFF, U.S.D.J.